**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In Re:

    MARY SLAEY                          Chapter 11
                                                   Case No.   13-10541-RGM

        Debtor.

### AMENDED DEBTOR'S OBJECTION TO PROOF OF CLAIM #15-2
### (P.H. Harrington, Jr.)

COMES NOW Debtor Mary Slaey, by counsel, and notes her amended objection pursuant to F.R. Bankr. P. 3007 to the following claim:

| CLAIMANT | AMOUNT | CLAIM NUMBER |
|---|---|---|
| P.H. Harrington, Jr. | $523,706.38 | 15-2 |

## STATUTE OF LIMITATIONS

1. All claims of P.H. Harrington, Jr. ("Hereafter "Harrington") are time barred by the statute of limitations.   Virginia Code Section 8.3A-118(a).   Any waiver of the statute of limitations is void.   Virginia Code Section 8.01-232.

### FIRST NOTE - $235,000

2. The Debtor denies signing the First Note for $235,000.00.

3. The Debtor asserts that, on or about September 26, 2002, $221,628.40 was paid on the Note.

4. The Debtor denies that the First Note was a personal obligation.

### SECOND NOTE - $47,632.38

5. The Debtor denies that the Second Note is a personal obligation.

WHEREFORE, Mary DeNese Slaey prays for entry of an Order disallowing Claim 15-2 filed on behalf of P.H. Harrington, and for such other and further relief as this Court deems just and proper.

                                      Mary DeNese Slaey
                                      By Counsel

*/s/ Gregory H. Counts*
Gregory H. Counts, VA Bar #46771
Tyler, Bartl, Ramsdell, & Counts, P.L.C.
300 N. Washington Street, Suite 202
Alexandria, VA   22314
703-549-5000; Fax: 703-549-5011
Counsel to Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this 19 day of September, 2013, the Debtor's Objection to Claim was sent electronically and/or mailed first class postage prepaid, to the following:

Christopher S. Moffitt, Esq.
Counsel to P.H. Harrington

                                      */s/ Gregory H. Counts*
                                      Gregory H. Counts