IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRIC OF VIRGINIA

| | |
|---|---|
| *In re:* ) | |
| ) | |
| MARY D. SLAEY, ) | Case No. 13-10541-RGM |
| ) | (Chapter 11) |
| ) | |
| Debtor ) | |
| ) | |

### ORDER RESOLVING DEBTOR'S OBJECTION TO CLAIM OF
### P.H. HARRINGTON, JR.

This Cause having come before the court upon the Debtor's objection to the amended claim (the "Claim") of P.H. Harrington, Jr., ("Harrington")[1] the Court having heard the matter on March 20, 2014; it is, for the reasons stated from the bench, hereby

ORDERED, that the Claim is allowed in the amount of $ 234,420.67.


DATE: May 13 2014 .            /s/ Robert G. Mayer
                               ROBERT G. MAYER
                               U. S. BANKRUPTCY JUDGE

I ASK FOR THIS:

/s/Christopher S. Moffitt
Christopher Moffitt # 18191         Entered on Docket:May 14 2014
*Counsel for claimant Harrington*

SEEN AND OBJECTED TO:

/s/ Gregory H. Counts
Gregory H. Counts, VSB #46771
*Counsel for debtor*

---

[1] # 15-2 filed 9/04/13.

**Local Rule 9022-1(C) Certification**

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Christopher S. Moffitt