IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: MARY D. SLAEY, <br> Debtor. | ) Bankruptcy No. 13-10541-RGM <br> ) <br> ) |
| MARY D. SLAEY, <br> Appellant, <br><br> v. <br><br> P.H. HARRINGTON, JR., <br> Appellee. | ) <br> ) <br> ) <br> ) Civil Action No. 1:14cv1210 <br> ) <br> ) <br> ) |

## ORDER

The matter is before the Court on an appeal of the Bankruptcy Court's Orders allowing appellee's claim in appellant's bankruptcy proceeding in the amount of $234,420.67. *See In re: Mary D. Slaey*, Case No. 13-10541-RGM (Bankr. E.D. Va. May 14 and July 16, 2014) (Orders).

For the reasons stated in the accompanying Memorandum Opinion of even date,

It is hereby **ORDERED** that the decision of the Bankruptcy Court is **REVERSED**.

It is further **ORDERED** that the matter is **REMANDED** to the Bankruptcy Court for proceedings not inconsistent with the accompanying Memorandum Opinion.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to the Bankruptcy Court and all counsel of record and to place this matter among the ended causes.

Alexandria, VA
September 1, 2015

T. S. Ellis, III
United States District Judge