FILED: December 7, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-2404
(1:14-cv-01210-TSE-JFA)
(13-10541-RGM)

In re: MARY D. SLAEY

    Debtor

------------------------------

MARY D. SLAEY

    Debtor - Appellee

v.

P. H. HARRINGTON, JR.

    Creditor - Appellant

J U D G M E N T

    In accordance with the decision of this court, the judgment of the district court is affirmed.

FILED
2016 DEC - 8  A 8: 47
US BANKRUPTCY COURT
CLERK
ALEXANDRIA DIVISION

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK