UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia
<u>Alexandria Division</u>

In re:

**Mary D. Slaey,**

      Debtor.

Case No.  13-10541-BFK
Chapter 11

## Order of Conversion from Chapter 11 to Chapter 7

This matter came before the Court, for hearing, on Friday, May 12, 2017, on the motion of the United States Trustee to dismiss or convert this case to a case under chapter 7 of the Bankruptcy Code.  Docket No. 241.

The debtor and her attorney, Gregory H. Counts, were present at the hearing.

William J. Mountjoy and his attorney, John T. Donelan, were also present at the hearing.

The attorney for the United States Trustee was also present at the hearing.

Now, for the reasons stated from the bench, it is hereby:

ORDERED that:

1.    This case is converted to one under chapter 7 of title 11 of the United States Code, the Bankruptcy Code.

2.    The debtor, Mary J. Slaey,  shall file with the Court a final report and account as required by Bankruptcy Rule 1019(5) and Local Rule 1017-1(D) within thirty (30) days of the entry of this order.

3.    The debtor shall file with the Court within fourteen (14) days after the

Office of US Trustee
Jack Frankel, Attorney
115 S Union Street
Alexandria, VA 22314
(703) 557-7229
Email Jack.I.Frankel@USDOJ

conversion of this case as applicable, either:

    (a)  a schedule of unpaid debts incurred after the commencement of the original case, and a list of creditors in the format required by the Clerk's Office, or

    (b)  a certification that no unpaid debts have been incurred since the commencement of this case.

5.    The debtor shall appear and testify, at the date and time set by the Clerk of this Court, at the section 341 meeting of creditors in the converted case.

6.    The automatic dismissal provisions of the local rules shall not apply to this converted case, and failure of the Debtor to abide by terms of this order may result in the issuance of an Order to Show Cause directed to the Debtor.

7.    The Clerk shall serve a copy of this order on the parties listed below.

/s/ Brian F. Kenney
_____
Brian F. Kenney
Bankruptcy Judge

Date May 23 2017

Entered on Docket: May 23, 2017

Judy A. Robbins,
United States Trustee

/s/ Jack Frankel
Jack Frankel, Attorney
Office of the United States Trustee
115 S. Union Street, Suite 210
Alexandria, VA 22314
(703) 557-7229

Seen and Objected:

/s/ Gregory H. Counts (by permission)
Gregory H. Counts, Esq.
Tyler, Bartl, Ramsdell & Counts, PLC
Attorney for Debtor

300 North Washington Street, Suite 310
Alexandria, VA 22314
(703) 549-5001
gcounts@tbrclaw.com

Seen:

/s/ John T. Donelan (by permission)
John T. Donelan, Esq.
Attorney for William J. Mountjoy
125 S Royal Street
Alexandria, VA 22314
(703) 684-7555
donelanlaw@gmail.com

cc:

Mary T. Slaey
11195 Gunston Road
Lorton, VA 22079

## Certificate of Service

    I hereby certify that on the 12th day of May, 2017, I e-mailed a copy of this order to Gregory H. Counts, Esq., and John T. Donelan, Esq. at their e-mail addresses listed above.

                                        /s/ Jack Frankel
                                        Jack Frankel